**FILED**

02/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0630

# IN THE SUPREME COURT OF THE STATE OF MONTANA

In re the Marriage of: )

DAVINA ATTAR-WILLIAMS, )

               Petitioner/Appellant, )

   and )

STEVEN THOMAS WILLIAMS, )

         Respondent/Appellee. )

CAUSE NO. DA 21- 0630

**ORDER GRANTING MOTION TO TRANSFER TRANSCRIPTS**

On February 11, 2022, Appellant Davina Attar-Williams filed an unopposed motion to transfer all transcripts filed in Montana Supreme Court Cause Nos. DA 20-0460 and DA 21-0350, (*Marriage of Williams*), to Cause No. DA 21-0630 currently pending before this Court.

Accordingly, the following official transcripts of proceedings from Yellowstone County District Court Cause No. DR 19-0893 have been transferred to Cause Number DA 21-0630:

    SEPTEMBER 17, 2019
    NOVEMBER 13, 2019
    JUNE 2, 2020
    JULY 17, 2020
    AUGUST 3, 2020

AUGUST 14, 2020

NOVEMBER 9, 2020

FEBRUARY 16, 2021

MAY 26, 2021

JUNE 18, 2021


DATED this _____ day of February, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 14 2022